June 11, 2008


U. S. District Court
450 Golden Gate Ave.
P. O. Box 36060
San Francisco Ca 94102-9680


Dear Sie,

This is the $5.00  filing free for David Patterson case number  CV 08 2492
to RMW


Thank You


*Rosea Lee Goines*
Rosea Lee Goines

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020321
Cashier ID: bucklem
Transaction Date: 06/17/2008
Payer Name: rosea lee goines
-----------------------------------
WRIT OF HABEAS CORPUS
  For: david patterson
  Case/Party: C-CAN-5-08-CV-002492-001
  Amount:       $5.00
-----------------------------------
MONEY ORDER
  Check/Money Order Num: 12362573370
  Amt Tendered: $5.00
-----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

THW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

Mrs. Goines
830 Costo Ln.
Hemet, CA 92543

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco Ca
94102-9680





9410 0238 8661 0004