*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID PATTERSON, | ) | Nos. C 08-2492 RMW (PR) |
| | ) | C 08-2681 RMW (PR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| BEN CURRY, Warden | ) | |
| | ) | |
| Respondent. | ) | |

The court has denied the instant petitions for a writ of habeas corpus on the merits. Therefore, judgments are entered in favor of respondent. Petitioner shall take nothing by way of his petitions. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/23/10

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Patterson492jud.wpd