*E-FILED - 8/17/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID PATTERSON, | ) | No. C 08-2492 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING |
| vs. | ) ) | CERTIFICATE OF APPEALABILITY |
| BEN CURRY, Warden | ) ) | |
| Respondent. | ) ) | |

    This case has been remanded to the district court for the limited purpose of granting or denying a certificate of appealability. <u>See</u> 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner filed a notice of appeal from the district court's denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the California Board of Prison Terms ("Board") decision denying him parole. Therefore, the district court is required to grant or deny a certificate of appealability in the first instance. <u>See</u> <u>Hayward v. Marshall</u>, 603 F.3d 546 (9th Cir. 2010) (en banc).

    The Court finds that jurists of reason would find it debatable whether Petitioner's right to due process was violated by the Board's decision denying him parole based upon his claim that there is no evidence to support the Board's finding that he is unsuitable for parole. Therefore, the request for a certificate of appealability is GRANTED.

    The Clerk shall transmit the file, including a copy of this order, to the Court of Appeals

Order Granting Certificate of Appealability
P:\pro-se\sj.rmw\hc.06\Patterson429den

1  and close the file.

2      IT IS SO ORDERED.

3  DATED: __8/17/10__  

                                                                 RONALD M. WHYTE  
                                                                 United States District Judge

Order Granting Certificate of Appealability  
P:\pro-se\sj.rmw\hc.06\Patterson429den

2